IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GUICE, et al., | No. C-09-1464 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFFS** |
| v. | |
| D & R CONSTRUCTION, INC., et al., | |
| Defendants / | |

Before the Court is plaintiffs' Case Management Conference Statement ("Statement"), filed September 10, 2009. Having read and considered the Statement, the Court rules as follows.[1]

Because defendants, to date, have not filed a response to the complaint, the Court hereby CONTINUES the Case Management Conference from September 18, 2009 to November 20, 2009. A Case Management Statement shall be filed no later than November 13, 2009.

---

[1] Plaintiffs did not provide the Court with a chambers copy of the Statement. For future reference, plaintiffs are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

1     Further, plaintiffs are hereby DIRECTED to file, no later than October 2, 2009, either
2 a request for entry of default as to each defendant or a statement indicating why plaintiffs
3 should not be required to do so.
4     **IT IS SO ORDERED.**

6 Dated: September 16, 2009

                                   MAXINE M. CHESNEY
                                   United States District Judge