Wayne Johnson, SBN: 112588
Attorney At Law
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GUICE AND PATRICIA ROSE, | CIVIL NO: C 09-01464 MMC |
| PLAINTIFFS, | CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | **AND ORDER CONTINUING CONFERENCE** |
| D&R CONTRUCTION, INC., AND DAMIAN NEVEAUX, in his personal Capacity and in his capacity and an agent for D&R CONSTRUCTION, INC.  AND DOES 1-10, | DATE: 11/20/2009<br>TIME: 10:30 A.M.<br>CTRM: 7, 19TH FL |
| DEFENDANTS. / | |

Plaintiff separately submits this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.   The Defendants have been duly served with process.  Defendants are in propria persona and they have requested time to obtain an attorney.  However, the time for responding has elapsed.  Plaintiffs are in the process of filing documents in support of default and default judgment.

The Case Management Conference is September 18, 2009.

**1.  Jurisdiction and Service**

CASE MANAGEMENT CONFERENCE STATEMENT        - **1** –

The court has entered a Default against Defendants and ordered the Plaintiff's to submit declarations setting forth facts in support of their respective Default Judgments.

Plaintiffs are in the process of Marshalling all of their facts in support of the Default Judgment.

DATED: November 10, 2009

                                                                / s /
                                         Wayne Johnson, Counsel for Plaintiffs

## ORDER

In light of the pendency of plaintiffs' motions for default judgment, the Case Management Conference is hereby CONTINUED to February 5, 2010. A Case Management Statement shall be filed no later than January 29, 2010.

Dated: November 13, 2009



United States District Judge

CASE MANAGEMENT CONFERENCE STATEMENT       - **2** –