IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GUICE, et al., | No. C-09-1464 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTIONS FOR DEFAULT JUDGMENT** |
| v. | |
| D&R CONSTRUCTION, et al., | |
| Defendants | |

Before the Court are two motions: (1) "Request for Entry of Default by Kenneth Guice Against Damian Neveaux and D & R Construction, Inc."; and (2) "Request for Entry of Default by Patricia Rose Against Damian Neveaux and D & R Construction, Inc." By order filed October 23, 2009, the Court construed each of the above-described filings as a motion for default judgment and, because plaintiffs had failed to offer evidence to establish the amount of damages incurred, afforded plaintiffs the opportunity to file supplemental declarations, which plaintiffs subsequently submitted.

By order filed December 7, 2009, the Court found the evidence before the Court was sufficient to establish plaintiffs' entitlement to compensatory damages and to costs, but that plaintiffs had not established their entitlement to the other forms of relief sought, specifically, prejudgment interest and an award of attorney's fees. Accordingly, the Court afforded plaintiffs the opportunity to supplement the instant motions to address those two

issues. Subsequently, plaintiffs advised the Court they no longer seek prejudgment interest. Further, plaintiffs did not supplement their motions to address their entitlement to an award of attorney's fees.

Accordingly, having read and considered the papers filed in support of the instant motions, including each plaintiff's supplemental filing, the Court hereby GRANTS in part and DENIES in part the motions, as follows:[1]

1. To the extent plaintiffs seek an award of compensatory damages, the motions are hereby GRANTED, and:

    a. Kenneth Guice shall have judgment against defendants in the amount of $126,380.59; and

    b. Patricia Rose shall have judgment against defendants in the amount of $173,378.90.

2. To the extent plaintiffs seek an award of costs, the motions are hereby GRANTED and plaintiffs are jointly awarded costs in the total amount of $530.

3. To the extent plaintiffs seek an award of prejudgment interest, the motions are hereby DENIED, in light of plaintiffs having withdrawn their respective claims to such relief. (See Guice Supp. Decl., filed December 8, 2009; Rose Supp. Decl., filed December 8, 2009.)

4. To the extent plaintiffs seek an award of attorney's fees, the motions are hereby DENIED for the reasons stated in the Court's order of December 7, 2009.

The Clerk is hereby DIRECTED to enter judgment in favor of plaintiffs and against defendants, as set forth above.

**IT IS SO ORDERED.**

Dated: January 14, 2010

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] The January 22, 2010 hearing is hereby VACATED.