IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH GUICE, et al.,

    Plaintiffs,

v.

D & R CONSTRUCTION, et al.,

    Defendants.
_____/

No. CV-09-1464 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS in part and DENIES in part the motions, as follows:

    1. To the extent plaintiffs seek an award of compensatory damages, the motions are hereby GRANTED, and:

        a. Kenneth Guice shall have judgment against defendants in the amount of $126,380.59; and

        b. Patricia Rose shall have judgment against defendants in the amount of $173,378.90.

    2. To the extent plaintiffs seek an award of costs, the motions are hereby GRANTED and plaintiffs are jointly awarded costs in the total amount of $530.

3. To the extent plaintiffs seek an award of prejudgment interest, the motions are hereby DENIED, in light of plaintiffs having withdrawn their respective claims to such relief.

4. To the extent plaintiffs seek an award of attorneys' fees, the motions are hereby DENIED for the reasons stated in the Court's order of December 7, 2009.

Dated: January 15, 2010

Richard W. Wieking, Clerk

*Tracy Lucero* (signature)

By: Tracy Lucero
Deputy Clerk